1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER,  ) | Case No.: 12-CV-03404-LHK |
| Plaintiff,  ) | |
| v.  ) | ORDER REGARDING FILING OF |
|   ) | CASE MANAGEMENT STATEMENT |
| CIGNA HEALTH AND LIFE INSURANCE  ) | |
| COMPANY, a Connecticut Corporation, and  ) | |
| DOES 1-10, inclusively,  ) | |
|   ) | |
| Defendants.  ) | |
|   ) | |

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a joint case management statement by February 6, 2013, seven days in advance of the parties' February 13, 2013 case management conference. The parties have not yet filed a joint case management statement. The parties are hereby ORDERED to file their joint case management statement by 2:00 p.m. on February 12, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge