JAMES M. BARRETT (SBN 190274)
Email: jb@jamesbarrettlaw.com
LAW OFFICE OF JAMES M. BARRETT
789 CASTRO STREET
MOUNTAIN VIEW, CA 94041
Tel: (650) 969-3687 / Fax: (650) 969-3699

Attorney for Plaintiff
SUNNYVALE IMAGING CENTER

DONALD P. SULLIVAN (SBN 191080)
Email: donald.sullivan@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNYVALE IMAGING CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, and DOES 1-10, inclusively, <br><br> Defendants. | CASE NO. 12-cv-03404 LHK <br><br> JOINT REQUEST FOR AND [PROPOSED] ORDER CONTINUING ALL DATES BY SIXTY DAYS DUE TO SIGNIFICANT INCREASE IN NUMBER OF CLAIMS AT ISSUE IN CASE |

This case is unlike most ERISA cases because it involves hundreds of separate claims for payment of medical benefits for MRI services provided to hundreds of different patients, all of whom are participants in different employee benefit plans.

In its Complaint in this case, Plaintiff Sunnyvale Imaging Center ("Plaintiff") asserted that it is in the business of providing MRI and related services to patients, it provided such services to persons who were either insured by Defendant Cigna Health and Life Insurance

Company ("Defendant") or whose medical plan was administered by Defendant, it is an out-of-network provider that does not have a reimbursement rate contract with Defendant, that it submitted claims to Defendant for payment, and that Defendant either did not pay or underpaid approximately two-hundred and fourteen (214) of those claims.

Last month, Plaintiff identified an additional one-hundred and seventy-two (172) claims that are now at issue in this case. These new claims almost double the number of claims that were previously at issue in the case and bring the total number of claims to approximately three-hundred and eighty-six (386) claims.

The increasing number of claims at issue in this case has hindered the parties' ability to prepare for mediation under the current schedule because each claim requires an individual analysis. For each claim, the parties must determine the amount the patient's benefit plan allows for out-of-network MRIs and related services, the amount of the patient's co-insurance and co-pay, the amount of the patient's deductible and whether or not it has been satisfied, the amount that has already been paid, and to whom the payment was sent (*i.e.*, the patient or the Plaintiff). This is a labor-intensive and time-consuming process. The parties continue to work cooperatively and diligently to perform this process.

The parties have not previously requested the continuance of any of the dates set by the Court in this case. This is the first request.

The parties also participated in a telephone conference with the Court-appointed mediator, George Wailes, and he was also of the opinion that more investigation into the claims was needed for the mediation to be productive.

For these reasons, the parties request that the Court continue all of the pre-trial and trial dates by approximately sixty (60) days so that the parties can continue their analysis and preparation for mediation. Specifically, the parties request the following:

1. Completion of Court-sponsored mediation to be continued from April 19, 2013 to June 14, 2013;
2. Close of fact discovery continued from June 14, 2013 to July 26, 2013;
3. Opening expert reports continued from June 28, 2013 to August 8, 2013;

|   |   |   |
|---|---|---|
| 1 | 4. | Rebuttal expert reports continued from July 12, 2013 to August 23, 2013; |
| 2 | 5. | Close of expert discovery from July 26, 2013 to September 9, 2013; |
| 3 | 6. | Last day to file dispositive motions continued from August 8, 2013 to October 10, 2013; |
| 5 | 7. | Last day to hear dispositive motions continued from September 19, 2013 to November 14, 2013; |
| 7 | 8. | Pre-trial conference continued from November 7, 2013 to January 9, 2014; |
| 8 | 9. | Trial continued from December 2, 2013 to February 3, 2014. |

The parties respectfully submitted this request and assert that good cause exists for granting the requested relief.

Dated:  April 8, 2013                                    **LAW OFFICE OF JAMES M. BARRETT**

By: ___/S/ James M. Barret_____
James M. Barret
Attorney for Plaintiff
SUNNYVALE IMAGING CENTER

Dated:  April 8, 2013                                    **WILSON, ELSER, MOSKOWITZ,
                                                                        EDELMAN & DICKER LLP**

By: ___/S/ Donald P. Sullivan_____
Donald P. Sullivan
Attorney for Defendant
CIGNA LIFE AND HEALTH
INSURANCE COMPANY, INC.

**[PROPOSED] ORDER**

For good cause shown, the Court hereby grants the parties' joint request and modifies the scheduling order in this case as follows:

1. Completion of Court-sponsored mediation to be continued from April 19, 2013 to June 14, 2013;

2. Close of fact discovery continued from June 14, 2013 to July 26, 2013;

3. Opening expert reports continued from June 28, 2013 to August 16, 2013;

4. Rebuttal expert reports continued from July 12, 2013 to September 6, 2013;

5. Close of expert discovery from July 26, 2013 to September 27, 2013;

6. Last day to file dispositive motions continued from August 8, 2013 to October 17, 2013;

7. Last day to hear dispositive motions continued from September 19, 2013 to December 12, 2013

8. Pre-trial conference continued from November 7, 2013 to January 30, 2014;

9. Trial continued from December 2, 2013 to February 18, 2014.

**IT IS SO ORDERED:**

Date: April 18, 2013

_____
The Hon. Lucy H. Koh
United States District Judge