**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CIGNA HEALTH AND LIFE INSURANCE ) <br> COMPANY, a Connecticut Corporation, and ) <br> DOES 1-10, inclusively, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 12-CV-03404-LHK <br><br> ORDER REGARDING FILING OF <br> CASE MANAGEMENT STATEMENT |

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a joint case management statement by June 5, 2013, seven days in advance of the parties' June 13, 2013 case management conference. The parties have not yet filed a joint case management statement. The parties are hereby ORDERED to file their joint case management statement by June 10, 2013.

**IT IS SO ORDERED.**

Dated: June 7, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03404-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT