**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER, ) | Case No.: 12-CV-03404-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER REGARDING FILING OF |
| ) | CASE MANAGEMENT STATEMENT |
| CIGNA HEALTH AND LIFE INSURANCE ) | |
| COMPANY, a Connecticut Corporation, and ) | |
| DOES 1-10, inclusively, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a joint case management statement by June 5, 2013, seven days in advance of the parties' June 13, 2013 case management conference. The parties have not yet filed a joint case management statement. The parties are hereby ORDERED to file their joint case management statement by June 10, 2013.

**IT IS SO ORDERED.**

Dated: June 7, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-03404-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT