**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER,        )<br>                                                              )<br>                    Plaintiff,                  )<br>        v.                                            )<br>                                                              )<br>CIGNA HEALTH AND LIFE INSURANCE  )<br>COMPANY, a Connecticut Corporation, and )<br>DOES 1-10, inclusively,                   )<br>                                                              )<br>                    Defendants.              )<br>                                                              )<br>_____)  | Case No.: 12-CV-03404-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court hereby CONTINUES the Case Management Conference set for June 12, 2013 to August 28, 2013 at 2:00 p.m.  The parties' request that the Court continue the deadline to complete mediation from June 14, 2013 to July 12, 2013, *see* ECF No. 21 at 2, is GRANTED.

**IT IS SO ORDERED.**

Dated: June 12, 2013

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-03404-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT