1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER,<br><br>            Plaintiff,<br>    v.<br><br>CIGNA HEALTH AND LIFE INSURANCE<br>COMPANY, a Connecticut Corporation, and<br>DOES 1-10, inclusively,<br><br>            Defendants. | Case No.: 12-CV-03404-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

The Court hereby CONTINUES the Case Management Conference set for June 12, 2013 to August 28, 2013 at 2:00 p.m.  The parties' request that the Court continue the deadline to complete mediation from June 14, 2013 to July 12, 2013, *see* ECF No. 21 at 2, is GRANTED.

**IT IS SO ORDERED.**

Dated: June 12, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03404-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT