**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SUNNYVALE IMAGING CENTER, | ) | Case No.: 12-CV-03404-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER REGARDING FILING OF |
| | ) | CASE MANAGEMENT STATEMENT |
| CIGNA HEALTH AND LIFE INSURANCE | ) | |
| COMPANY, a Connecticut Corporation, and | ) | |
| DOES 1-10, inclusively, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court had scheduled a Case Management Conference for June 12, 2013. The parties filed a joint case management statement for this conference on June 11, 2013. *See* ECF No. 21. This Court continued the Case Management Conference to August 28, 2013, at 2 p.m. *See* ECF No. 22. The parties are ordered to file a revised joint case management statement by August 26, 2013.

**IT IS SO ORDERED.**

Dated: August 22, 2013

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03404-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT