**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SUNNYVALE IMAGING CENTER, | ) | Case No.: 12-CV-03404-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER REGARDING FILING OF |
|  | ) | CASE MANAGEMENT STATEMENT |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, and DOES 1-10, inclusively, | ) ) ) ) | |
| Defendants. | ) ) | |

17   The Court had scheduled a Case Management Conference for June 12, 2013. The parties

18   filed a joint case management statement for this conference on June 11, 2013. *See* ECF No. 21.

19   This Court continued the Case Management Conference to August 28, 2013, at 2 p.m. *See* ECF

20   No. 22. The parties are ordered to file a revised joint case management statement by August 26,

21   2013.

22   **IT IS SO ORDERED.**

23

24   Dated: August 22, 2013

*Lucy H. Koh*

25   LUCY H. KOH
United States District Judge

26
27
28