DONALD P. SULLIVAN (SBN 191080)
Email: donald.sullivan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant
**CIGNA HEALTH AND LIFE INSURANCE COMPANY**

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNYVALE IMAGING CENTER, | ) CASE NO. 12-cv-03404 LHK |
| Plaintiff, | ) **DEFENDANT'S COUNSEL'S REQUEST FOR COURTCALL** |
| vs. | ) |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, and DOES 1-10, inclusively, | ) |
| Defendants. | ) |

Defendant's counsel Donald P. Sullivan of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP requests that he obtain permission to appear telephonically for the Case Management Conference scheduled before Judge Koh on Wednesday, August 28,

///

///

///

///

///

///

///

///

2013. Said counsel will be attending a mandatory settlement conference in United States District Court of New Jersey on said date.

                                                Respectfully submitted,

Dated:  August 26, 2013           **WILSON, ELSER, MOSKOWITZ,**
                                                   **EDELMAN & DICKER LLP**

                                            By:   /S/ Donald P. Sullivan
                                                      Donald P. Sullivan
                                                      Attorney for Defendant
                                                      CIGNA LIFE AND HEALTH
                                                      INSURANCE COMPANY, INC.