**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER, ) | Case No.: 12-CV-03404-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER DENYING MOTION TO |
| ) | CONTINUE CASE MANAGEMENT |
| CIGNA HEALTH AND LIFE INSURANCE ) | CONFERENCE |
| COMPANY, a Connecticut Corporation, and ) | |
| DOES 1-10, inclusively, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties' request to continue the Case Management Conference scheduled for August 28, 2013, at 2 p.m. is DENIED. The scheduled Case Management Conference remains as set. Defendants' counsel shall be prepared to discuss Plaintiff's proposal on the stipulation with regard to the Motion for Leave to Amend at the Case Management Conference.

**IT IS SO ORDERED.**

Dated: August 27, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03404-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT