UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER, ) | Case No.: 12-CV-03404-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER REGARDING FILING OF |
| ) | CASE MANGEMENT STATEMENT |
| CIGNA HEALTH AND LIFE INSURANCE ) | |
| COMPANY, a Connecticut Corporation, and ) | |
| DOES 1-10, inclusively, ) | |
| ) | |
| Defendants. ) | |
| ) | |

There is a case management conference scheduled in this case for October 23, 2013. The parties were required to file a joint case management statement by October 16, 2013, but they did not do so. Accordingly, the Court now orders the parties to file a joint case management statement by noon on October 21, 2013.

**IT IS SO ORDERED.**

Dated: October 17, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge