DONALD P. SULLIVAN (SBN 191080)
Email: donald.sullivan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant
**CIGNA HEALTH AND LIFE INSURANCE COMPANY**

*GRANTED*
*Judge Lucy H. Koh*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNYVALE IMAGING CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, and DOES 1-10, inclusively,<br><br>    Defendants. | CASE NO.  12-cv-03404 LHK<br><br>**REQUEST TO APPEAR TELEPHONICALLY**<br><br><br>DATE:       October 23, 2013<br>TIME:       12:00 p.m.<br>PLACE:      Courtroom 8<br>JUDGE:      Hon. Lucy H. Koh |

Defendant's counsel Donald P. Sullivan of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP requests permission to appear telephonically for the Case Management Conference scheduled before Judge Koh on Wednesday, October 23, 2013.  Said counsel is located in San Francisco and would have to drive 2.5 hours round trip during the BART strike.

Respectfully submitted,

Dated:  October 21, 2013

**WILSON, ELSER, MOSKOWITZ,**
          **EDELMAN & DICKER LLP**

By:   /S/ Donald P. Sullivan
      Donald P. Sullivan
      Attorney for Defendant
      CIGNA LIFE AND HEALTH
      INSURANCE COMPANY, INC.