UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER, </br></br> Plaintiff, </br></br> v. </br></br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, and DOES 1-10, inclusively, </br></br> Defendants. | Case No.: 12-CV-03404-LHK </br></br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the Case Management Conference set for October 23, 2013, to December 4, 2013, at 2 p.m.

**IT IS SO ORDERED.**

Dated: October 22, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-03404-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT