FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE (SBN 158105)
JAIME G. TOUCHSTONE (SBN 233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Defendant*
MEDSOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNYVALE IMAGING CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation, MEDSOLUTIONS and DOES 1-20, Inclusively<br><br>　　　　Defendants. | Case No. 5:12-CV-03404 LHK<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>DATE: December 4, 2013<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 8<br>JUDGE: Hon. Lucy H. Koh |

　　　　Defendant MedSolutions, Inc.'s counsel, Jamie L. Dupree of FUTTERMAN, DUPREE, DODD, CROLEY, MAIER LLP, requests permission to appear telephonically for the Case Management Conference scheduled in the above-referenced matter on Wednesday, December 4, 2013 at 2:00 p.m.  Permission to appear by telephone will lessen the legal fees incurred in this case since MedSolutions, Inc.'s counsel's office is in San Francisco and personal appearance at the Case Management Conference will require approximately 2.5 hours of travel time.

Dated:  November 22, 2013　　　　　　　　　FUTTERMAN DUPREE
　　　　　　　　　　　　　　　　　　　　　　　DODD CROLEY MAIER LLP

　　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Jamie L. Dupree
　　　　　　　　　　　　　　　　　　　　　　　　　　Jamie L. Dupree
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　MEDSOLUTIONS, INC.

**[PROPOSED] ORDER**

Good cause shown, the Court hereby GRANTS MedSolutions, Inc.'s counsel request to appear telephonically at the Case Management Conference scheduled for Wednesday, December 4, 2013 at 2:00 p.m.  Counsel shall make arrangements to appear telephonically through Court Call.

IT IS SO ORDERED.

Dated:  November 26, 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge
Northern District of California