**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER,  ) | Case No.: 12-CV-03404-LHK |
| ) | |
| Plaintiff,  ) | |
| v.  ) | ORDER CONTINUING CASE |
| )  | MANAGEMENT CONFERENCE AND |
| CIGNA HEALTH AND LIFE INSURANCE  ) | MEDIATION DEADLINE |
| COMPANY, a Connecticut Corporation, and  ) | |
| DOES 1-10, inclusively,  ) | |
| )  | |
| Defendants.  ) | |
| ) | |

The Court CONTINUES the mediation deadline to June 18, 2014. The Court also CONTINUES the Case Management Conference set for March 12, 2014 at 2 p.m. to July 2, 2014 at 2 p.m.

**IT IS SO ORDERED.**

Dated: March 5, 2014

_____
LUCY H. KOH
United States District Judge