UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNNYVALE IMAGING CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.  12-cv-03404-BLF<br><br>**CASE MANAGEMENT ORDER AMENDING CASE SCHEDULE** |

On May 29, 2014, the Court approved the parties' joint stipulation resetting the case schedule. The case schedule is hereby AMENDED to conform the dates selected by the parties to the Court's usual days for hearings and trial.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | August 14, 2014 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | September 24, 2014 |
| Last Day to Conduct Mediation | September 30, 2014 |
| Fact Discovery Cut-Off | October 24, 2014 |
| Expert Discovery Cut-Off | October 24, 2014 |
| Last Day to Hear Dispositive Motions | January 15, 2015 at 9:00 a.m. |
| Final Pretrial Conference | March 19, 2015 at 2:30 p.m. |
| Trial | April 27, 2015 at 9:00 a.m. |

1   IT IS SO ORDERED.

3   Dated: June 2, 2014

_____
BETH LABSON FREEMAN
United States District Judge