1  JAMES M. BARRETT (SBN 190274)
   Email: jb@jamesbarrettlaw.com
2  **LAW OFFICE OF JAMES M. BARRETT**
   789 CASTRO STREET
3  MOUNTAIN VIEW, CA 94041
   Tel: (650) 969-3687 / Fax: (650) 969-3699
4
5  Attorney for Plaintiff
   **SUNNYVALE IMAGING CENTER**
6
   DONALD P. SULLIVAN (SBN 191080)
7  Email: donald.sullivan@wilsonelser.com
   **WILSON, ELSER, MOSKOWITZ,**
8    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
9  San Francisco, California 94105
   Tel: (415) 433-0990 / Fax: (415) 434-1370
10
   Attorneys for Defendant
11 **CIGNA HEALTH AND LIFE INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNYVALE IMAGING CENTER, ) | **CASE NO. 12-cv-03404 BLF** |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) AND [PROPOSED] ORDER** |
| ) | |
| vs. ) | |
| ) | |
| CIGNA HEALTH AND LIFE INSURANCE ) | |
| COMPANY, a Connecticut Corporation, and ) | |
| DOES 1-10, inclusively, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Stip. of Dismissal with Prejudice and Prop. Order
Case No. 12-cv-03404 BLF

1362498v.1

1  Plaintiff Sunnyvale Imaging Center and Defendant Cigna Health and Life Insurance
2  Company (collectively, the "Parties"), by and through their respective counsel of record, have
3  resolved the disputes between them.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B),
4  the Parties hereby stipulate and agree that the above-captioned matter and all claims for relief
5  contained therein may be dismissed with prejudice in its entirety.

6  The Parties further stipulate and agree that each Party is to bear its own fees and costs.

8  Dated:  April 20, 2015             **LAW OFFICE OF JAMES M. BARRETT**

9                                     By:   /S/ James M. Barrett
10                                          James M. Barret
                                            Attorney for Plaintiff
11                                          SUNNYVALE IMAGING CENTER

12 Dated:  April 20, 2015             **WILSON, ELSER, MOSKOWITZ,**
                                      **EDELMAN & DICKER LLP**
13
14                                     By:   /S/ Donald P. Sullivan
                                            Donald P. Sullivan
15                                          Attorney for Defendant
                                            CIGNA LIFE AND HEALTH
16                                          INSURANCE COMPANY, INC.

18                              **[PROPOSED] ORDER**

19  Pursuant to the Stipulation of the Parties, the Court hereby Dismisses this case in its
20  entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).  The Court
21  further orders that each Party shall bear its own fees and costs.

23  **IT IS SO ORDERED:**

25  Date:_____          _____
                                            The Hon. Beth Labson Freeman
26                                          United States District Judge

Stip. of Dismissal with Prejudice and Prop. Order
Case No. 12-cv-03404 BLF

1362498v.1